UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60952-CIV-ROSENBAUM/SELTZER

KATHERINE W. YOUNG,

       Plaintiff,

v.

PENN CREDIT CORPORATION,

       Defendant.

_____/

## ORDER

This matter is before the Court upon Plaintiff's Notice of Settlement [D.E. 19]. That Notice indicates that the parties have reached a settlement. In light of the Notice of Settlement, the Court hereby directs the parties to submit a stipulation for dismissal within ten (10) calendar days of the date of this Order so that the case file may be closed.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of August 2012.

                                  ROBIN S. ROSENBAUM
                                  UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Barry S. Seltzer
Counsel of record